*United States* (39 C. C. P. A. 133, C. A. D. 475). In accordance with stipulation of counsel and following the cited decision, the claim made in protest 199262–K for duty at 40 percent ad valorem under paragraph 412 as to the merchandise entered for consumption prior to January 1, 1948, was sustained; the items marked "A" in said protest 199262–K and in the remaining protests were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802); and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

**No. 57686.**—Calif-Asia Rattan Co. and Williams, Clarke Company *v.* United States, protest 204568–K (Los Angeles).

Opinion by MOLLISON, J. It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475). In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent ad valorem under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

**No. 57687.**—Norda Essential Oil & Chemical Co., Inc., et al. *v.* United States, protests 158978–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

**No. 57688.**—Orbis Products Corp. et al. *v.* United States, protests 175590–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

**No. 57689.**—Dodge & Olcott, Inc., et al. *v.* United States, protests 204132–K, etc. (New York).